**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:20-cr-00131-02** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JADETTE LAWRENCE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 132] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 125] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Bill of Information.

Sentencing is set for September 14, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 31st day of May, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**